UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    Index No.8749/07

_____
GARDEN CITY BOXING CLUB, INC.
      Plaintiff

      against                                                                **STIPULATION DISCONTINUING ACTION**

EL BUEN AMBIENTE INC
d/b/a EL AMBIENTE RESTAURANT
DINELSON INFANTE
      Defendant
_____

      **IT IS HEREBY STIPULATED AND AGREED**, by the undersigned, the attorney of record for the Plaintiff to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: 2/28/08

/s/ Paul J. Hooten
Paul J. Hooten, Esq.
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY  11766
(631) 331-0547

**SO ORDERED:**


_____
Deborah A. Batts
United States District Judge