UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 8749/07

---

GARDEN CITY BOXING CLUB, INC.
    Plaintiff

against

EL BUEN AMBIENTE INC
d/b/a EL AMBIENTE RESTAURANT
DINELSON INFANTE
    Defendant

STIPULATION
DISCONTINUING
ACTION

---

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned, the attorney of record for the Plaintiff to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: 2/28/08

*The Clerk of Court is directed to close the docket in this case.*
*DAB 2/29/08*

Paul J. Hooten, Esq.
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY 11766
(631) 331-0547

SO ORDERED:

Deborah A. Batts  2/29/08
United States District Judge